IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID P. CUCCHI,<br><br>      *Plaintiff,*<br><br>v.<br><br>ROBERT J. KAGEL, *et al.*<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 17-01597 |

## **ORDER**

**AND NOW**, this 8th day of August, 2018, upon consideration of Defendants' Motion to Dismiss, (ECF No. 24), Plaintiff's Response (ECF No. 34), and Defendants' Reply (ECF No. 35), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The First Amendment claim asserted against all Defendants is **DISMISSED** with prejudice.

BY THE COURT:

   */s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.